No. 11,442.

### STATE OF LOUISIANA VS. SONNY ALEXANDER.

ON JUDGMENT AGAINST SURETY ON APPEARANCE BOND.

The appellant seeks to avail himself of the delays in civil proceedings, in which a devolutive appeal may be taken within one year from date of judgment. Forfeiture of bonds under act of March 11, 1837, Revised Statutes, Sec. 1032, is a proceeding criminal in its character. State vs. Cassidy, 7 An. 276; State vs. Williams, 37 An. 200

Train and Faivre vs. Cronan et al.

Appeals from sentences and judgments in the Criminal District Court of the parish of Orleans must be taken in conformity with the statute regulating appeals in criminal cases.

Judgments forfeiting bonds by said court are controlled by the same statute. State vs. Burns, 38 An. 363.

The judgment of forfeiture was rendered January 17, 1893; the appeal was taken January 15, 1894. The appeal is dismissed.

APPEAL from the Criminal District Court, Parish of Orleans.
*Ferguson, J.*

*E. A. O'Sullivan,* City Attorney, for Appellee.

*Jos. D. Kiernan, J. Z. Spearing* and *Bernard Titche* Attorneys for Surety, Appellant.

The opinion of the court was delivered by BREAUX, J.